JERMAINE McGINNIS

    vs.                          Case No.   9:13-CV-1538   LEK/DJS

JOHN D. CRISSELL, ET AL.

## ORDER FOR TELEPHONE CONFERENCE

**The Court hereby ORDERS the arrangement and participation of:**

1. **Name of detainee:**           **JERMAINE McGINNIS**

2. **Prisoner ID #:**           **12-B-2343**

3. **Detained by:**           **Marcy Correctional Facility**
                                       **9000 Old River Road**
                                       **P.O. Box 5000**
                                       **Marcy, New York 13403-5000**

4. **Detainee is:**     **(A)**   **(X)**   **Plaintiff in a Civil Action**

                           **(B)**   **( )**   **A witness not otherwise available by the ordinary process of the Court**

**5. Participation of Inmate Jermaine McGinnis (12-B-2343) is hereby ORDERED on <u>Wednesday, January 11, 2017</u> at <u>9:30 a.m.</u> for a telephone conference to be conducted by Magistrate Judge Daniel J. Stewart. The Court will initiate the conference call.**

**SO ORDERED,**

**Date:**   **December 19, 2016**                              

                                        Daniel J. Stewart
                                        U.S. Magistrate Judge

cc:   Jermaine McGinnis, via U.S. Postal Service
      Marcy Correctional Facility, via Facsimile
      Leia D. Schmidt, Esq., via CM/ECF