UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JERMAINE McGINNIS

    vs.        Case No.   9:13-CV-1538   LEK/DJS

JOHN D. CRISSELL, ET AL.

## ORDER FOR TELEPHONE CONFERENCE

The Court hereby ORDERS the arrangement and participation of:

1. Name of detainee:    JERMAINE McGINNIS

2. Prisoner ID #:    12-B-2343

3. Detained by:    Marcy Correctional Facility
   9000 Old River Road
   P.O. Box 5000
   Marcy, New York 13403-5000

4. Detainee is:    (A)  (X)  Plaintiff in a Civil Action

       (B)  (  )  A witness not otherwise available by the ordinary process of the Court

5. Participation of Inmate Jermaine McGinnis (12-B-2343) is hereby ORDERED on <u>Tuesday, February 7, 2017</u> at <u>9:30 a.m.</u> for a telephone conference to be conducted by Magistrate Judge Daniel J. Stewart. The Court will initiate the conference call.

SO ORDERED,

Date: January 25, 2017

*Daniel J. Stewart*
U.S. Magistrate Judge

cc:    Jermaine McGinnis, via U.S. Postal Service
    Marcy Correctional Facility, via Facsimile
    Leia D. Schmidt, Esq., via CM/ECF