# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

JERMAINE McGINNIS

    vs.                                   Case No.   9:13-CV-1538   LEK/DJS

JOHN D. CRISSELL, ET AL.

## ORDER FOR TELEPHONE CONFERENCE

The Court hereby ORDERS the arrangement and participation of:

1. **Name of detainee:**                 JERMAINE McGINNIS

2. **Prisoner ID #:**                     12-B-2343

3. **Detained by:**                       Wende Correctional Facility
   3040 Wende Road
   Alden, New York 14004-1187

4. **Detainee is:**               (A)   (X)   **Plaintiff in a Civil Action**

                                  (B)   (  )   **A witness not otherwise available by the ordinary process of the Court**

**5. Participation of Inmate Jermaine McGinnis (12-B-2343) is hereby ORDERED on <u>Tuesday, February 21, 2017</u> at <u>9:30 a.m.</u> for a telephone conference to be conducted by Magistrate Judge Daniel J. Stewart. The Court will initiate the conference call.**

**SO ORDERED,**

Date:   **February 7, 2017**

                                                             Daniel J. Stewart
                                                             U.S. Magistrate Judge

cc:   Jermaine McGinnis, via U.S. Postal Service
       Wende Correctional Facility, via Email
       Leia D. Schmidt, Esq., via CM/ECF