**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

JERMAINE MCGINNIS,

                        Plaintiff,

    - v -                                       Civ. No. 9:13-CV-1538
                                                            (LEK/DJS)

JOHN D. CRISSELL, *et al,*

                        Defendants.

**APPEARANCES:**                                    **OF COUNSEL:**

JERMAINE MCGINNIS
Plaintiff, *Pro Se*
12-B-2343
Wende Correctional Facility
3040 Wende Road
Alden, NY 14004-1187

BROOME COUNTY ATTORNEYS'S OFFICE    LEIA D. SCHMIDT, ESQ.
Attorney for Defendant Harder
Broome County Office Building
60 Hawley Street
PO Box 1766
Binghamton, NY 13902-6122

**DANIEL J. STEWART**
**United States Magistrate Judge**

## ORDER

      In response to the Court's Order to produce Defendant Jonathan Crissell's personnel file for an *in camera* inspection, *see* Dkt. No. 203 at p. 3, Counsel for the Defendants has delivered to Chambers the complete bates-stamped file. The *in camera* review of the personnel file disclosed only limited information that may be relevant to Plaintiff's claims, or the Defendants' defenses. Those relevant portions are as follows: pp. 41-44; 55-58; and 61-64.

      When retrieving the personnel file, Defendants' Counsel shall make a copy of the twelve (12)

pages from the personnel file which have been identified by the Court, and provide a copy to the Plaintiff at his last known address.

The Court further directs that the Defendants' Counsel immediately retrieve from the Court's courtroom deputy, Maria Blunt, the Crissell personnel file. The Clerk of the Court is directed to mail a copy of this order to Jermaine McGinnis, at his last known address.

**IT IS SO ORDERED**.

Date: May 1, 2017
Albany, New York

_____
Daniel J. Stewart
U.S. Magistrate Judge